

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00106-CV

Richard **TAYLOR,**
Appellant

v.

**CPS ENERGY,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18094
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellee's brief was due July 31, 2017.  On August 8, 2017, appellee filed a motion for extension of time, requesting an extension until August 23, 2017 to file its brief.  In its motion, appellee stated its brief was currently due to be filed on August 9, 2017; however, counsel is reminded that this is an accelerated appeal, and its brief was due July 31, 2017.[1]  *See* TEX. R. APP. P. 38.6(b).

We **GRANT** appellee's request for an extension and **ORDER** appellee to file its brief **on or before August 23, 2017**.

We **order** the clerk of this court to serve a copy of this order on appellant and appellee.

_____
Marialyn Barnard, Justice

---

[1] Per order dated May 18, 2017, we advised parties to note that this appeal has been designated an accelerated appeal.  The clerk's record reflects that appellant is appealing an order granting CPS Energy's Rule 91a motion to dismiss, which was ultimately based on a plea to the jurisdiction.  *See Texas Dep't of Crim. Justice v. Simons*, 140 S.W.3d 338, 349 (Tex. 2004), *superseded by statute on other grounds*, TEX. GOV'T CODE § 311.034 (holding that interlocutory appeal may be taken from refusal to dismiss for want of jurisdiction whether jurisdictional argument is made by plea to jurisdiction or some other procedural vehicle); *City of Austin v. Liberty Mut. Ins.*, 431 S.W.3d 817, 822 & n.1 (Tex. App.—Austin 2014, no pet.) (holding that right of interlocutory appeal in Civil Practice and Remedies Code section 51.014(a)(8) applied to Rule 91a motion to dismiss that challenged jurisdiction).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.



Luz Estrada
Chief Deputy Clerk